**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DIVISION OF ARKANSAS**
**NORTHERN DIVISION**

MICAH ANGEL                                                                                      PLAINTIFF

v.                                               **3:22-CV-00330-BRW**

SHELBY BARBER                                                                              DEFENDANT

## ORDER

A district court has the authority to dismiss a case *sua sponte* for failure to state a claim.[1]

Plaintiff asserts that Shelby Barber, the "courthouse cleaner," is driven to work by people who

sell drugs and she "refuses to tell on them."[2]

Because Plaintiff's complaint is nonsensical, frivolous, and states no cause of action

against Defendants for which relief may be granted, this case is DISMISSED.  The motion to

proceed *in forma pauperis* (Doc. No. 1) is MOOT.

IT IS SO ORDERED this 3rd day of January, 2023.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1]See *Smith v. Boyd*, 945 F.2d 1041 (8th Cir. 1991).

[2]Doc. No. 2.